PER CURIAM HEADING









                                        NO.
12-06-00225-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

 

                        

TEXAS KENWORTH COMPANY, §          APPEAL
FROM THE 4TH

APPELLANT

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

BMR TRANSPORT,

APPELLEE   §          RUSK
COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER CURIAM

            This appeal
is being dismissed for failure to comply with the Texas Rules of Appellate
Procedure.  Tex. R. App. P. 42.3. 
On July 14, 2006, this Court notified Appellant that the filing fee was
due to have been paid on or before July 7, 2006, but had not been
received.  See Tex. R. App. P. 5.  The notice further provided that unless the
filing fee was paid on or before July 24, 2006, the appeal would be presented
for dismissal in accordance with Rule 42.3. 
The date for paying the filing fee has passed, and Appellant has not
complied with the Court’s request. 
Because Appellant has failed, after notice, to comply with Rule 5,
the appeal is dismissed.  See Tex. R. App. P. 42.3(c).

Opinion delivered August 9,
2006.

Panel consisted of Worthen, C.J. and Griffith, J.

 

 

 

 

 

 

 

 

(PUBLISH)